# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Ernest Israel,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05885-PHX-AMM

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner alleges he entered the United States on May 29, 2024, was briefly detained, and then granted humanitarian parole and released. (*Id.*) On August 4, 2026, Petitioner was re-detained with no reason for the arrest or notice explaining his parole had been terminated. (*Id.*) In his grounds for relief, Petitioner argues that his re-detention violates his Fifth Amendment due process rights and the Administrative Procedure Act. (*Id.*) Petitioner seeks release from custody. (*Id.*)

The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) "Respondents do not oppose Petitioner's request for release at this time." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

///

///

///

///

Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas is **GRANTED** as to his request for release from custody. (Doc. 1.) The remainder of the Petition is **DENIED AS MOOT**.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two (2) days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are enjoined from re-detaining Petitioner without **seven (7) days** prior written notice and an opportunity for Petitioner to be heard by a neutral judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 30th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge